**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 13-6293-PA (PLAx)                                    Date  October 22, 2013

Title: Yolanda A. Trotter, et al. v. County of Los Angeles, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
                 NONE                                                                    NONE

**PROCEEDINGS:**         ( IN CHAMBERS)

On October 3, 2013, Yolanda Trotter ("Trotter") filed a Request to Proceed Without Prepayment of Filing Fees in this action. On October 11, 2013, the Court granted her Request based on the financial information contained therein. On October 18, 2013, Trotter signed a second Request, and submitted it to the Court. Trotter's responses to certain financial questions in the second Request are entirely different from the same questions in the first Request. Trotter signed both Requests under penalty of perjury. Accordingly, **no later than October 29, 2013**, Trotter is ordered to show cause why the Court's authorization to file this action without prepayment of the filing fees should not be withdrawn, and this action dismissed, based on her inconsistent, yet sworn, responses.

Failure to comply with this Order will result in a recommendation that this action be dismissed for failure to follow court orders.

cc:      Yolanda Trotter, pro se

Initials of Deputy Clerk     ch