# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV **13-6293-DDP (PLA)**                             Date **December 10, 2014**

Title: **Yolanda A. Trotter, et al. v. County of Los Angeles, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**         ☐ U.S. DISTRICT JUDGE
                                                  ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE                                          NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

On October 21, 2014, the Court granted plaintiffs Trotter and Perez's "Motion for Extension of Time," and set the deadline for plaintiffs to filed a Second Amended Complaint, as required by the Court's Order Dismissing First Amended Complaint with Leave to Amend, as no later than December 5, 2014.  That deadline has now passed, and plaintiffs have not filed a Second Amended Complaint.  Accordingly, plaintiffs are **ordered to show cause, no later than December 17, 2014**, why this action should not be dismissed for failure to prosecute and follow court orders.  The filing of a Second Amended Complaint on or before December 17, 2014, shall be deemed compliance with this order to show cause.


cc:     Yolanda Trotter, pro se
        Yolie Perez, pro se
        Patricia A. Trotter, pro se
        David Ezell Trotter, pro se
        Oretha Trotter, pro se


Initials of Deputy Clerk     ch