**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV **13-6293-DDP (PLA)**                                                                 Date **January 14, 2015**

Title: **Yolanda A. Trotter, et al. v. County of Los Angeles, et al.**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**                                     ☐ U.S. DISTRICT JUDGE
                                                                                                                              ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    NONE                                                                                  NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

On October 20, 2014, plaintiffs Trotter and Perez sought an extension of time to file a Second Amended Complaint, as required by the Court's Order dismissing the First Amended Complaint with leave to amend.  The Court granted that request, and the Second Amended Complaint was due no later than December 5, 2014.  When they failed to timely file a Second Amended Complaint, the Court issued a order to show cause why this action should not be dismissed for failure to prosecute and follow court orders.  On December 15, 2014, plaintiffs Trotter and Perez filed another request for an extension of time, this time so they can retain an attorney to handle their case.  Plaintiffs' request for additional time  was granted, but only until January 6, 2015, as that was the fifth request for additional time to amend the pleadings in this action, and indicated that plaintiffs do not intend to diligently prosecute this action.  As of the date of this Order, plaintiffs have not filed a Second Amended Complaint.

Accordingly, plaintiffs are **ordered to show cause, no later than January 21, 2015**, why this action should not be dismissed for failure to prosecute and follow court orders.  The filing of a Second Amended Complaint on or before January 21, 2015, shall be deemed compliance with this order to show cause.  **Plaintiffs are advised that the failure to comply with this Order will result in a recommendation that this action be dismissed**.

cc:     Yolanda Trotter, pro se
         Yolie Perez, pro se
         Patricia A. Trotter, pro se
         David Ezell Trotter, pro se
         Oretha Trotter, pro se

Initials of Deputy Clerk     ch

CV-90 (10/98)                                                   CIVIL  MINUTES  -  GENERAL