# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YOLANDA A. TROTTER, et al., | No. CV 13-6293-DDP (PLA) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| THE COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the order accepting the magistrate judge's second report and recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and follow court orders.

DATED: May 1, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE